UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE MARTINEZ, ASHLEY DOWMAN, and ANGEL LIVINGSTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED NATURAL FOODS WEST, INC., a foreign profit corporation; UNITED NATURAL FOODS, INC., a foreign profit corporation; UNFI DISTRIBUTION COMPANY, LLC, a foreign limited liability company; UNFI WHOLESALE, INC., a foreign profit corporation; UNFI GROCERS DISTRIBUTION, INC., a foreign profit corporation; CENTRALIA HOLDINGS, LLC, a foreign limited liability company, and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26-cv-02511-JHC

**STIPULATION AND ORDER TO EXTEND DEADLINES**

Noted for Consideration: July 21, 2026

Plaintiffs Jose Martinez, Ashley Dowman, and Angel Livingston ("Plaintiffs"), together with Defendants United Natural Foods West, Inc., United Natural Foods, Inc., UNFI Distribution Company, LLC, UNFI Wholesale, Inc., UNFI Grocers Distribution, Inc., and Centralia Holdings, LLC ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE to request that the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint from July 22, 2026, to August 5, 2026.

This extension will enable the parties to try to resolve potential dispositive motions without the need for motions practice. This extension will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

IT IS SO STIPULATED.

DATED: July 21, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: July 21, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE