UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MARTINEZ, ASHLEY DOWMAN, and ANGEL LIVINGSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED NATURAL FOODS WEST, INC., a foreign profit corporation; UNITED NATURAL FOODS, INC., a foreign profit corporation; UNFI DISTRIBUTION COMPANY, LLC, a foreign limited liability company; UNFI WHOLESALE, INC., a foreign profit corporation; UNFI GROCERS DISTRIBUTION, INC., a foreign profit corporation; CENTRALIA HOLDINGS, LLC, a foreign limited liability company, and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:26-cv-02511-JHC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>August 13, 2026 |

Plaintiffs Jose Martinez, Ashley Dowman, and Angel Livingston ("Plaintiffs"), together with Defendants United Natural Foods West, Inc., United Natural Foods, Inc., UNFI Distribution Company, LLC, UNFI Wholesale, Inc., UNFI Grocers Distribution, Inc., and Centralia Holdings, LLC ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE to request that the Court approve the following revisions to existing deadlines:

- Defendants agree that Plaintiffs may amend their Complaint before Defendants file an answer or dispositive motion. The Court should set a deadline for Plaintiffs to file their Amended Complaint on or before August 28, 2026.
- Defendants' deadline to respond to the original complaint should be stricken. The Court should set a new deadline for Defendants to answer or otherwise respond to the anticipated Amended Complaint on or before September 18, 2026.
- The parties are currently in discussions to determine whether they can resolve any potential dispute over whether federal court is the proper forum. To facilitate those discussions, Plaintiffs' deadline to file a motion for remand, in the event Plaintiffs choose to file one, should be extended from August 14, 2026, to August 28, 2026.

These extensions will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

IT IS SO STIPULATED.

//

//

//

//

DATED: August 13, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery (w/permission)*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED. The Court sets the following deadlines:

- Plaintiffs shall file their Amended Complaint on or before August 28, 2026.
- Defendants' deadline to respond to the original Complaint is stricken. Defendants shall answer or otherwise respond to the anticipated Amended Complaint on or before September 18, 2026.
- The deadline for Plaintiffs to file a motion for remand, if they choose to file one, is extended to August 28, 2026.

DATED: August 14, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE