**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOSE MARTINEZ, ASHLEY DOWMAN and ANGEL LIVINGSTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED NATURAL FOODS WEST, INC., a foreign profit corporation; UNITED NATURAL FOODS, INC., a foreign profit corporation; UNFI DISTRIBUTION COMPANY, LLC, a foreign limited liability company; UNFI WHOLESALE, INC., a foreign profit corporation; UNFI GROCERS DISTRIBUTION, INC., a foreign profit corporation; CENTRALIA HOLDINGS, LLC, a foreign limited liability company, and DOES 1-20, as yet unknown Washington entities,

Defendants.

No. 2:26-cv-02511-JHC

**ORDER APPOINTING INTERIM LEAD CLASS COUNSEL**

Pursuant to the parties' stipulation, Dkt. # 12, the Court hereby appoints Plaintiff's counsel as interim lead class counsel for all claims under chapter 49.62 RCW against Defendants.

The Court finds and orders that appointment of interim class counsel does not impact

Defendants' rights in this litigation, including their right to contact and correspond with putative class members prior to class certification, or to otherwise prepare their defense or take any position at any other stage in this matter, including in opposition to class certification.

IT IS SO ORDERED.

DATED: August 26, 2026.

John H. Chun
United States District Judge