**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOSE MARTINEZ and ASHLEY DOWMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED NATURAL FOODS WEST, INC., a foreign profit corporation; UNITED NATURAL FOODS, INC., a foreign profit corporation; UNFI DISTRIBUTION COMPANY, LLC, a foreign limited liability company; UNFI WHOLESALE, INC., a foreign profit corporation; UNFI GROCERS DISTRIBUTION, INC., a foreign profit corporation; CENTRALIA HOLDINGS, LLC, a foreign limited liability company, and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26-cv-02511-JHC

**STIPULATION & ORDER REGARDING SECOND AMENDED COMPLAINT**

Noted for Consideration: October 09, 2026

Plaintiffs Jose Martinez and Ashley Dowman ("Plaintiffs"), together with Defendants United Natural Foods West, Inc., United Natural Foods, Inc., UNFI Distribution Company, LLC, UNFI Wholesale, Inc., UNFI Grocers Distribution, Inc., and Centralia Holdings, LLC ("Defendants") (collectively, the "Parties"), stipulate as follows:

WHEREAS, on September 18, 2026, Ashley Dowman filed a related class action complaint in King County Superior Court, *Dowman v. United Natural Foods West, Inc., et al.,* Case No. 26-2-30642-7 KNT, asserting overlapping class membership and claims regarding alleged non-competition agreements;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading when the opposing parties agree in writing that the amended pleading may be filed. Further, Local Civil Rule 15 requires a party seeking to amend a pleading to attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation, providing a redlined copy of the pleading.

WHEREAS, the Parties have agreed that the claims in both cases should be litigated together;

NOW THEREFORE, the Parties through their respective counsel STIPULATE AND AGREE that:

1. A redlined copy of Plaintiffs' Second Amended Complaint reflecting Plaintiffs' revisions to the First Amended Complaint is attached as **Exhibit A**. The Parties have met and conferred, and Defendants consent to leave for Plaintiffs to file the Second Amended Complaint, without prejudice to any other objection and/or to Defendants' right to challenge any and all claims in the Second Amended Complaint.

2. Plaintiffs shall file the Second Amended Complaint simultaneously in accordance with Local Rule 15(b). The Parties further request that the Court set a deadline of November 13, 2026, for Defendants to answer or otherwise respond to the Second Amended Complaint.

3. Defendants will strike their pending Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 15.

4. Within seven (7) days of the filing of Plaintiffs' Second Amended Complaint, Plaintiff Dowman will voluntarily dismiss her pending lawsuit in *Dowman v. United Natural Foods West, Inc., et al.,* Case No. 26-2-30642-7 KNT, without prejudice and without an award of costs or fees to any party.

5. The Parties further stipulate and agree to the following briefing schedule in the event that any Defendant files a Motion to Dismiss:

| Event | Deadline |
|---|---|
| Defendants' Motion to Dismiss | November 13, 2026 |
| Plaintiffs' Response to the Motion to Dismiss | December 11, 2026 |
| Defendants' Reply | January 8, 2027 |

The Parties have conferred and agreed that the requested extension and briefing schedule will allow sufficient time for the Parties to prepare their respective submissions and will facilitate the orderly presentation of the issues to the Court.

This stipulated motion is made for good cause and not for purposes of delay. The requested extension and briefing schedule will not affect any other deadlines in this case.

IT IS SO STIPULATED.

DATED: October 9, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: October 9, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE