UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MARTINEZ, ASHLEY DOWMAN, and ANGEL LIVINGSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED NATURAL FOODS WEST, INC., a foreign profit corporation; UNITED NATURAL FOODS, INC., a foreign profit corporation; UNFI DISTRIBUTION COMPANY, LLC, a foreign limited liability company; UNFI WHOLESALE, INC., a foreign profit corporation; UNFI GROCERS DISTRIBUTION, INC., a foreign profit corporation; CENTRALIA HOLDINGS, LLC, a foreign limited liability company, and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:26-cv-02511-JHC<br><br>**STIPULATION AND ORDER TO STAY DEADLINES PENDING RESOLUTION OF THE ORDER TO SHOW CAUSE**<br><br>Noted for Consideration: November 10, 2026 |

Plaintiffs Jose Martinez and Ashley Dowman, together with Defendants United Natural Foods West, Inc., United Natural Foods, Inc., UNFI Distribution Company, LLC, UNFI Wholesale, Inc., UNFI Grocers Distribution, Inc., and Centralia Holdings, LLC ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE, and hereby jointly request that the Court stay this matter, including Defendants' deadline to answer or otherwise respond to the operative Second Amended Complaint, until after the Court resolves its October 9, 2026 Order to Show Cause (Dkt. 19). In support thereof, the Parties hereby state as follows:

1. On October 9, 2026, Plaintiffs filed their Second Amended Complaint, which is now the operative pleading in this action. Dkt. 17; Dkt. 20. Defendants' prior Motion to Dismiss the First Amended Complaint (Dkt. 15) was withdrawn the same day. Dkt. 18. Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is November 13, 2026. Dkt. 20.

2. On October 9, 2026, the Court issued an Order to Show Cause directing the Parties to address why this action should not be remanded for lack of subject matter jurisdiction. Dkt. 19. The Parties timely submitted their responses to the Order on October 23, 2026, and the jurisdictional issues raised by the Order are now fully briefed and pending before the Court. Dkt. 22; Dkt. 23.

3. To conserve the resources of the Parties and the Court, the Parties agree that the threshold jurisdictional issues raised in the Order to Show Cause should be resolved before the litigation proceeds, including before Defendants are required to prepare and file a responsive pleading or motion to dismiss. Accordingly, the Parties jointly request that the Court stay this action and suspend all pending deadlines, other than those established by the Order to Show Cause, until the Court resolves the jurisdictional issues raised in that Order. This request is made in good faith and not for purposes of delay.

4. The Parties further stipulate and agree that, if the Court retains jurisdiction and does not remand this action, Defendants' deadline to answer or otherwise respond to the Second Amended Complaint shall be 28 days after entry of the Court's order resolving the Order to Show Cause.

IT IS SO STIPULATED.

DATED: November 10, 2026.

**EMERY | REDDY, PC**

By: *s/ Calum C. Bryant*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
Calum C. Bryant, WSBA No. 64069
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com
calum@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: November 10, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE